**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                              **CASE NO. 4:22-CR-00319-012  LPR**

**CHRISTOPHER NEWMAN, SR.**                                    **DEFENDANT**

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment and Commitment (Doc. 564) as to the above-named defendant should be amended to reflect the following correction:

1)      USM Number: **30910-510**.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 12th day of May 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE